454 F.2d 596
 Arthur Charles ZACK, Petitioner-Appellant,
v.
Charles BENSON, Camp Administrator, Stafford Federal Prison
Camp, Stafford, Arizona, Respondent-Appellee.
 No. 71-1304.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 30, 1971.
 
 Appeal from the United States District Court for the Central District of California; Manuel L. Real, Judge.
 Terry Amdur (argued), of Amdur, Bryson, Caplan & Morton, Marina del Rey, Cal., for petitioner-appellant.
 Tom G. Kontos, Asst. U. S. Atty. (argued), Robert L. Meyer, U. S. Atty., David R. Nissen, Asst. U. S. Atty. and Chief, Criminal Div., Los Angeles, Cal., for respondent-appellee.
 Before DUNIWAY, ELY and CHOY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The facts in this case are legally indistinguishable from those in United States v. Fox, 9 Cir., 1971, 454 F.2d 593. On the authority of that case, the judgment is
 
 
 2
 Reversed. When the mandate goes down, the conviction shall be vacated.